**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF VIRGINIA**
**LYNCHBURG DIVISION**

| DEBTOR'S NAME | CASE NUMBER | DATE OF LAST PAYMENT | ESTIMATED AMOUNT OF ARREARAGE *AS OF 02/12/2014 # of months: 2 |
|---|---|---|---|
| **STEPHEN WAYNE JARRELL** | **11-62189** | **02/03/2014** | **$123277.00** |

### TRUSTEE'S PETITION TO DISMISS AND NOTICE OF HEARING

Herbert L. Beskin, Trustee of the estate of the above captioned Chapter 13 Debtor, respectfully reports: That he is the duly appointed and qualified Standing Trustee and that the Debtor aforementioned has failed to pay a lump sum of $122,977.00 by 11/21/2013 from sale of the house.

**PLEASE TAKE NOTICE** that on **April 14, 2014** at **9:30 A.M.**, in United States Bankruptcy Courtroom 200, United States Courthouse, 255 West Main Street, Charlottesville, VA 22902-the Trustee will present and argue the foregoing Petition to Dismiss.

***The Trustee may request immediate dismissal of the case unless Debtor and Debtor's counsel have consulted in advance with the Trustee's office regarding a proposal to cure their delinquency in plan payments or have filed an amended plan no later than 48 hours in advance of the hearing scheduled above.***

I hereby certify that on February 12, 2014, copies of this Petition and Notice have been mailed to, Debtor, STEPHEN WAYNE JARRELL, 5915 RUTH ROAD, MADISON, VA 22727, and that the Attorney for the Debtor has been notified electronically by ECF.

/s/ Herbert L. Beskin

Herbert L. Beskin Chapter 13 Trustee
P.O. Box 2103
Charlottesville, VA 22902
Ph: 434-817-9913; Email: ch13staff@ntelos.net

Herbert L. Beskin
Chapter 13 Trustee
P.O. Box 2103
Charlottesville, VA 22902
Ph: 434-817-9913; Email: ch13staff@ntelos.net